IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

SOLBOURNE COMPUTER, INC.,

    Plaintiff,

CASE NO. 3:07cv494-RV/EMT

v.

BOARD OF COUNTY COMMISSIONERS
OF ESCAMBIA COUNTY, FLORIDA,

    Defendant.
_____/

### FINAL JUDGMENT

    Based on the Defendant's answer to the complaint, in which the Defendant admitted each of the allegations made by the Plaintiff, and based on the Plaintiff having filed a Motion for Judgment on the Pleadings that is unopposed by the Defendant, the Court finds that the Plaintiff's Motion is well taken and should be granted.

    Therefore, Judgment is hereby entered in favor of Plaintiff Solbourne Computer, Inc., and against Defendant Board of County Commissioners of Escambia County, Florida, in the amount of $232,153.43 plus an additional $68.07 per day after January 15, 2008 until paid.

    Done and Ordered this 30th day of January, 2008.

                                     /s/ *Roger Vinson*
                                     Senior United States District Judge