IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SOLBOURNE COMPUTER, INC,

    Plaintiff,

v.                          Case No.: 3:07-cv-494/RV/EMT

BOARD OF COUNTY COMMISSIONERS
OF ESCAMBIA COUNTY, FLORIDA,

    Defendant,

ERNIE LEE MAGAHA, as Clerk of the
Circuit Court and Comptroller of
Escambia County, Florida,

    Proposed Intervenor.
_____/

## ORDER

By order dated April 11, 2008, I denied as untimely a motion to intervene in this case filed by Ernie Lee Magaha, as Clerk of the Circuit Court and Comptroller of Escambia County ("the Clerk"). The Clerk now moves for reconsideration, suggesting that "two specific findings of fact [in the order] are erroneous and may have significantly impacted the finding of this Court that the motion to intervene was not timely." In particular, the Clerk argues that the order incorrectly found (1) that the Clerk published official notice in the newspaper of the "shade meeting" to be held on January 10, 2008, and (2) that the Clerk's representative apparently took minutes of that meeting.

These two factual findings appear to be incorrect, as the Clerk points out and as the plaintiff Solbourne Computer concedes. Nevertheless, upon full and careful consideration, these facts are of slight probative value in that they

ultimately have little bearing on the issue of timeliness. The motion to intervene must still be denied as untimely, and, therefore, the motion for reconsideration (doc. 28) must be, and is, DENIED.

DONE and ORDERED this 8th day of May, 2008.

/s/ *Roger Vinson*
**ROGER VINSON**
**Senior United States District Judge**